MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BEKAERT PROGRESSIVES    v. WAVE CYBER LTD.              No. 06CV2440-LAB(LSP)

HON. LEO S. PAPAS       CT. DEPUTY TRISH LOPEZ          Rptr. _____

                           Attorneys
    Plaintiffs                                          Defendants

After conferring with counsel and with good cause appearing, the date and time of the Settlement Conference on September 24, 2007, at 9 a.m. is vacated and reset for October 26, 2007, at 9 a.m.

All parties or their representatives who have full and unlimited authority to enter into a binding settlement, in addition to the attorneys participating in the litigation, shall be present at the conference. "Full authority to settle" means that the individuals at the settlement conference must be authorized to fully explore settlement options and to agree at that time to any settlement terms acceptable to the parties. Heileman Brewing Co., Inc. v. Joseph Oat Corp., 871 F.2d 648 (7th Cir. 1989). The person needs to have "unfettered discretion and authority" to change the settlement position of a party. Pitman v. Brinker Intl., Inc., 216 F.R.D. 481, 485-486 (D. Ariz. 2003). The purpose of requiring a person with unlimited settlement authority to attend the conference includes that the person's view of the case may be altered during the face to face conference. Id. at 486. A limited or a sum certain of authority is not adequate. Nick v. Morgan's Foods, Inc., 270 F.3d 590 (8th Cir. 2001).

The Case Management Conference on September 24, 2007, at 9 a.m. is also vacated. A Scheduling Order will be issued forthwith.


  X    Copies to:  Counsel of Record        X    Notified by Telephone

DATED: September 20, 2007

                                            _____
                                            Hon. Leo S. Papas
                                            U.S. Magistrate Judge