UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEKAERT PROGRESSIVE COMPOSITES CORPORATION,<br><br>                              Plaintiff,<br><br>v.<br><br>WAVE CYBER LIMITED, et al.,<br><br>                              Defendants. | Civil No. 06CV2440-LAB(LSP)<br><br>**CASE MANAGEMENT CONFERENCE ORDER REGULATING DISCOVERY AND OTHER PRETRIAL PROCEEDINGS**<br><br>(Fed. R. Civ. P. 16)<br>(Local Rule 16.1)<br>(Fed. R. Civ. P. 26) |

After consulting with the attorneys of record for the parties and being advised of the status of the case, and good cause appearing,

1.  Any motion to join other parties, to amend the pleadings, or to file additional pleadings shall be *filed* on or before November 2, 2007.

2.  The parties shall designate their respective case-in-chief experts in writing by April 20, 2008. Rebuttal experts shall be designated on or before May 18, 2008. The written designations shall include the name, address and telephone number of the expert and a reasonable summary of the testimony the expert is expected to provide. The list shall also include the normal rates the expert charges for deposition and trial testimony.

3.  Each expert witness designated by a party shall prepare a written report to be provided to all other parties **no later than** April 20, 2008, containing the information required by Fed. R. Civ. P. 26(a)(2)(A) and (B).

4. Any party, through any expert designated, shall in accordance with Fed. R. Civ. P. 26(a)(2)(C) and Fed. R. Civ. P. 26(e), supplement any of its expert reports regarding evidence intended solely to contradict or rebut evidence on the same subject matter identified in an expert report submitted by another party. Any such supplemental reports are due on or before May 18, 2008.

**Please be advised that failure to comply with expert discovery or any other discovery order of the court may result in the sanctions provided for in Fed. R. Civ. P. Rule 37 including a prohibition on the introduction of experts or other designated matters in evidence.**

5. All discovery, including experts, shall be completed by all parties on or before July 6, 2008.

*"Completed"* means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure must be initiated a sufficient period of time in advance of the cut-off date, so *that it may be completed* by the cut-off date, taking into account the times for services, notice, and response as set forth in the Federal Rules of Civil Procedure. All disputes concerning discovery shall be brought to the attention of Magistrate Judge Leo S. Papas no later than thirty (30) days following the date upon which the event giving rise to the discovery dispute occurred. Counsel shall meet and confer pursuant to the requirements of Fed. R. Civ. P. 26 and Local Rule 26.1(a).

6. All other pretrial motions **MUST BE FILED** on or before August 15, 2008. Motions will not be heard or calendared unless counsel for the moving party has obtained a motion hearing date from the law clerk of the judge who will hear the motion.[1] **Be further advised that the period of time between the date you request a motion date and the hearing date may be up to three or more months. Please plan accordingly**. For example, you may have to contact the judge's law clerk three or more months in advance of the motion cutoff to calendar the motion. Failure to timely request a motion date may result in the motion not being heard. Motions will not be heard on the above date unless you have obtained that date from the judge's law clerk.

Briefs or memoranda in support of or in opposition to any pending motion shall not exceed twenty-five (25) pages in length without leave of the judge who will hear the motion. No reply

---

[1] Counsel should note that while historically motion cut-off deadlines issued by this Court were deadlines for motion hearings, the motion cut-off dates now being issued establish deadlines for the parties to file motions.

memorandum shall exceed ten (10) pages without such leave of court. Briefs and memoranda exceeding ten (10) pages in length shall have a table of contents and a table of authorities cited.

7. Counsel shall make their Pretrial Disclosures required by Fed.R.Civ.P. 26(a)(3) on or before <u>November 17, 2008</u>.

8. Counsel may object to Pretrial Disclosures on or before <u>November 24, 2008</u>.

9. Despite the requirements of Civil Local Rule 16.1(f)(2), neither party is required to file a Memorandum of Contentions of Fact and Law at any time. The parties shall instead focus their efforts on drafting and submitting a proposed pretrial order by the time and date specified by Civil Local Rule 16.1(f)(6)(b). The proposed pretrial order shall comply with Civil Local Rule 16.1 (f) (6) and the Standing Order in Civil Cases issued by Hon. Larry Alan Burns

10. On or before <u>December 1, 2008</u>, counsel shall meet and take the action required by Local Rule 16.1 (f) (4).

11. The Proposed Final Pretrial Conference Order shall be prepared, served, and lodged with the Hon. Larry A. Burns on or before the time and date specified by Civil Local Rule 16.1(f)(6)(b).

12. The final Pretrial Conference is scheduled on the calendar of the Hon. Larry A Burns on <u>December 15, 2008,</u> at <u>11:15 a.m.</u>

13. A post-trial settlement conference before a magistrate judge may be held within thirty days of verdict in the case.

14. The dates and times set forth herein will not be modified except for good cause shown.

15. Plaintiff's counsel shall serve a copy of this order and the Standing Order in Civil Cases issued by Hon. Larry Alan Burns on all parties that enter this case hereafter.

DATED: September 26, 2007

_____
Hon. Leo S. Papas
U.S. Magistrate Judge